UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )   BK No.:  25-18782
Terrell D Avery )
)   Chapter:  13
)   Honorable Michael B. Slade
)
)
Debtor(s) )

**ORDER GRANTING IN PART AND CONTINUING MOTION TO EXTEND AUTOMATIC STAY**

This case coming before the Court on the Debtors Motion to Extend the Automatic Stay, IT IS HEREBY ORDERED the the Motion to Extend the Automatic Stay is granted in part. The automatic stay is imposed as to all creditors pursuant to 11 USC 362(c)(3)(b) until January 6, 2026. The court will hold a further hearing on January 6, 2026, to consider whether to further extend the automatic stay.

Enter:

Honorable Michael B. Slade
United States Bankruptcy Judge

Dated:  December 23, 2025

**Prepared by:**

Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600